■ FLEET'S NECK PROPERTY OWNERS ASSOCIATION, INC., Appellant-Respondent, v BOARD OF TRUSTEES OF THE TOWN OF SOUTHOLD et al., Defendants, and LEANDER GLOVER, JR., Respondent-Appellant.—Judgment of the Supreme Court, Suffolk County, dated March 6, 1978, affirmed, with costs to the respondent-appellant, upon the opinion of Mr. Justice Geiler at Trial Term. Damiani, J. P., Rabin, Gulotta and Cohalan, JJ., concur.